UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GLENN SHEPHERD, *et al*, | } | |
| | } | |
| Plaintiffs, | } | |
| | } | |
| v. | } | CIVIL ACTION NO. H-05-1793 |
| | } | |
| THE CITY OF HOUSTON, | } | |
| | } | |
| Defendant. | } | |

## ORDER

Pending before the court is Plaintiff Donald Culak's ("Culak's") unopposed amended motion to dismiss without prejudice (Doc. 38).  In addition, on February 28, 2007, the court ordered that the *pro se* plaintiffs, T.F. Bielsk, Glenn Shepherd, Frances Ortiz, Charles D. Hurley, Spencer M. Coker, Raymundo Montalvo Jr., J.D. Waltmon, Ray A.  Rearson, James L. Crowser, Thomas Null, Jeffrey Olesen, and Gregory Brown, would be dismissed pursuant to Fed. R.  Civ.  P.  41(b) for failure to prosecute this action and for failure to follow orders of the court within thirty (30) days of entry of the order, March 1, 2007, unless said plaintiffs provided written notice to the court in opposition, including an explanation as to the delay and failure to follow court orders.  As of today's date, none have responded.  Accordingly, it is hereby

**ORDERED** that T.F. Bielsk, Glenn Shepherd, Frances Ortiz, Charles D. Hurley, Spencer M. Coker, Raymundo Montalvo Jr., J.D. Waltmon, Ray A.  Rearson, James L.  Crowser, Thomas Null, Jeffrey Olesen, and Gregory Brown are **dismissed without prejudice**.  It is further

**ORDERED** that Culak's motion to dismiss (Doc. 38) is GRANTED.  Plaintiff Donald Culak is therefore **dismissed without prejudice**.  As all Plaintiffs in this matter have either been voluntarily or involuntarily dismissed, it is further

**ORDERED** that this cause of action shall be **DISMISSED** and the case is closed.

Signed at Houston, Texas, this 12th day of April, 2007.

Melinda Harmon
United States District Judge